USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/13/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

                                 **Plaintiff,**

                                 -against-

HAPAG-LLOYD AG and ORIENT EXPRESS
CONTAINER CO., LTD.,

                                 **Defendants.**

20-cv-05803 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    **November 13, 2020**
               **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**